FILE COPY

No. 07-15-00309-CV

| Benjamen Andrew Buck,<br>  Appellant | § | From the 69th District Court<br>  of Hartley County |
| --- | --- | --- |
| | § | |
| v. | | September 18, 2015 |
| | § | |
| Tami Lynn Buck,<br>  Appellee | § | Opinion Per Curiam |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated September 18, 2015, it is ordered, adjudged and decreed that this appeal be dismissed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o